# Third District Court of Appeal

## State of Florida

Opinion filed May 5, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-579
Lower Tribunal Nos. F90-16074, F90-14863B,
F90-14855A, F90-14859A, F90-14853A

_____

**Jerome Mackey,**
Petitioner,

vs.

**Mark S. Inch, etc., et al.,**
Respondents.


A Case of Original Jurisdiction – Habeas Corpus.

Jerome Mackey, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for respondent The State of Florida.


Before HENDON, LOBREE, and BOKOR, JJ.

HENDON, J.

Jerome Mackey petitions for a Writ of Habeas Corpus. We deny the petition.

Mackey was convicted in 1990 for multiple armed offenses. He has since filed numerous unsuccessful postconviction motions attacking his habitual offender sentences, among other issues. His last Rule 3.800 petition raising the same issue was denied in September 2019, from which order he did not appeal. The instant postconviction petition, styled as a habeas petition, is successive and without merit. Even if we were to address the petition on the merits, it would be denied as the ground raised is refuted by the record.

Petition denied.